# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAVID MYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. C 10-05864 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The matter is therefore REVERSED and REMANDED to the Administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 16th day of September, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1