# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID MYERS

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5864RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 14);

The matter is therefore REVERSED and REMANDED to the Administration for further consideration.


  September 19, 2011                                          WILLIAM M. McCOOL
Date                                                              Clerk

                                                              *s/CM Gonzalez*
                                                              Deputy Clerk